KATHARINE D. HUFF, Respondent, v. MABEL HUFF and Others, Appellants.—
Judgment reversed on the law and the facts, without costs, and a new trial granted,
on the ground that the decision is against the weight of the evidence. Rich,
Jaycox and Kapper, JJ., concur; Kelly, P. J., and Kelby, J., dissent.

In the Matter of the Application of THE CITY OF NEW YORK, Appellant,
Relative to Acquiring Title, etc., for the Purpose of Opening and Extending
Lombardy Street, etc., in the Eighteenth Ward, Borough of Brooklyn, City of
New York. BULLION REALTY COMPANY, Respondent.— Order affirmed, with ten
dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby
and Kapper, JJ., concur.

In the Matter of the Petition of BERNARD WEBEL, JR., to Prove the Last Will
and Testament of BERNARD WEBEL, Late of the County of Kings, Deceased.—
Decree of the Surrogate's Court of Kings county admitting will to probate affirmed,
with costs payable out of the estate. No opinion. Kelly, P. J., Rich, Jaycox
and Kelby, JJ., concur; Kapper, J., dissents.

JACOB LITTMAN, Respondent, v. GOLDLEAF BUILDING CORPORATION and Others,
Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present
— Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

ELIZABETH T. MACE, as Administratrix, etc., of FRANCIS J. MACE, Deceased,
Respondent, v. CHARLES MOSCARELLI, Appellant.— Judgment and order affirmed,
with costs. No opinion. Rich, Jaycox and Kelby, JJ., concur; Kelly, P. J.,
and Kapper, J., dissent and vote to reverse and dismiss the complaint upon the
ground that there was no evidence upon which a finding of negligence could be
predicated, and that the proof affirmatively established the contributory negligence
of the plaintiff's intestate.

ROBERT J. MACHER, Respondent, v. AMERICAN STANDARD WATCH CASE COM-
PANY, Appellant.— Judgment and order unanimously affirmed, with costs. No
opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

NICHOLAS MAGRI, Appellant, v. ABRAHAM SCHULTZ, Respondent.— Order
denying motion to strike out affirmative defenses affirmed, with ten dollars costs
and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kap-
per, JJ., concur.

CATHERINE MELONSON, Respondent, v. GRACE DOLAN, Appellant.— Judgment
affirmed, with costs. We find as an additional conclusion of law that there was
a valid resulting trust in favor of the plaintiff which was not disaffirmed by her
deceased sister up to the time of the latter's death. The plaintiff actually occupied
the premises until 1918, and was in possession until the death of Miss Grace in
1924. Under these circumstances the Statute of Limitations did not run against
plaintiff's cause of action. (*Reitz* v. *Reitz*, 80 N. Y. 538.) No opinion. Kelly,
P. J., Jaycox, Kelby and Kapper, JJ., concur; Young, J., absent and not voting.

JOSEPH MEYER, Respondent, v. ESTHER LEVINSON and Another, Appellants.—
Judgment and order unanimously affirmed, with costs. No opinion. Present
— Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.